**Order entered March 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01073-CR

**CUADROS-FERNANDEZ, ADA BETTY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-80933-06**

## ORDER

The Court **GRANTS** the State's March 19, 2013 motion for extension of time to file the

State's brief.

We **ORDER** the State to file its brief within **THIRTY DAYS** from the date of this order.

/s/     CAROLYN WRIGHT
          CHIEF JUSTICE